1
 Veolia Water Technologies, Inc., Petitioner v. Antero Treatment LLC, Antero Resources Corporation, Antero Midstream Partners LP, and Antero Midstream Corporation. Respondents No. 25SC21
Supreme Court of Colorado
September 2, 2025
           Court
 of Appeals Case No. 23CA897
 
 
          
 GRANTED PETITIONS FOR WRIT OF CERTIORARI
 
 2
 
          Petition
 for Writ of Certiorari GRANTED. EN BANC.
 
 
          Whether
 the economic loss rule bars a fraud claim when the parties
 were in a contractual relationship, the fraud claim seeks the
 same relief as the plaintiff's contract claim, and the
 fraud concerns the defendant's performance under the
 contract.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.